UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

BREM MOLDOVSKY, L.L.C. et al.
*Plaintiff*

v.

JONATHAN R. MILLER Esq.
*Defendant*

Civil Action No. 3:21-cv-19418

# CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for _____Brem Moldovsky, L.L.C._____, certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

_____

_____

_____

## OR

✔ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

_/s/ Brem Moldovsky_
Signature of Attorney

103 Carnegie Center, Suite 300
Address

Princeton, New Jersey 08540
City/State/Zip

10/28/2021
Date